01

02

03

04

05

06

07

08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 | UNITED STATES OF AMERICA,

10 |     Plaintiff,

11 |  v.

12 | DARRES CHIN-SUN PARK,

13 |     Defendant.
_____

Case No. CR 03-5288-JCC

SUMMARY REPORT OF U.S.
MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

14

15    An initial hearing on a petition for violation of supervised release in this case was

16 scheduled before the undersigned Magistrate Judge on April 18, 2008.  The United States was

17 represented by Assistant United States Attorney Carl H. Blackstone, and the defendant by

18 Suzanne Lee Elliott.  The proceedings were digitally recorded.

19    The defendant had been charged and convicted of Conspiracy to Commit a Bank

20 Robbery, in violation of 18 U.S.C. § 371.  On or about August 8, 2003, defendant was

21 sentenced by the Honorable John C. Coughenour to a term of thirty-six (36) months in

22 custody, to be followed by three (3) years of supervised release.

23    The conditions of supervised release included the requirements that the defendant

24 comply with all local, state, and federal laws, and with the standard conditions.  Special

25 conditions imposed included, but were not limited to, participation in a substance-abuse and

26 mental health program, financial disclosure, $6,892 restitution, search, and not to be self

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

01 employed or employed by friends, relatives, associates, or persons previously known to

02 defendant.

03     In a Petition for Warrant or Summons dated April 4, 2008, U.S. Probation Officer

04 Todd A. Wilson asserted the following violations by defendant of the conditions of his

05 supervised release:

06     (1)     Using heroin on or before October 19, 2007, in violation of standard condition

07             7.

08     (2)     Using opiates on or before November 2, 2007, in violation of standard

09             condition 7.

10     (3)     Using heroin on or before November 26, 2007, in violation of standard

11             condition 7.

12     (4)     Using heroin on or before December 5, 2007, in violation of standard condition

13             7.

14     (5)     Using morphine on or before January 7, 2008, in violation of standard

15             condition 7.

16     (6)     Using morphine on or before March 26, 2008, in violation of standard

17             condition 7.

18     On April 18, 2008, defendant made his initial appearance.  The defendant was advised

19 of the allegations and advised of his rights.  Defendant admitted to violations 1, 2, 3, 4, and 6.

20 Alleged violation 5 was withdrawn by the government.

21     I therefore recommend that the Court find the defendant to have violated the terms and

22 conditions of his supervised release as alleged in violations 1, 2,  3, 4 and 6, and that the Court

23 conduct a hearing limited to disposition.  The government indicated it may have two

24 supplemental violations to add.  The parties agreed to conduct the evidentiary hearing on these

25 at the disposition hearing.   A disposition hearing has been set before the Honorable John C.

26 Coughenour on May 2, 2008 at 9:00 a.m.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2

01        Pending a final determination by the Court, the defendant has been released to his

02   parents as third-party custodians, to be surrendered for in-patient treatment at Northwest

03   Recovery no later than 8:30 a.m. on Monday, April 21, 2008.

04        DATED this 21st day of April, 2008.

05                                            *James P. Donohue*

06                                            JAMES P. DONOHUE
                                             United States Magistrate Judge

07

08

09   cc:     District Judge:          Honorable John C. Coughenour
             AUSA:                    Mr. Carl H. Blackstone
10           Defendant's attorney:    Ms. Suzanne Lee Elliott
             Probation officer:       Mr. Todd A. Wilson
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3